DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MORA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>            Plaintiff,     )<br>                           )<br>     v.                    )<br>                           )<br>JUAN MORA-LOPEZ,           )<br>                           )<br>            Defendant.     )<br>_____) | NO. CR.S-11-463-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: February 28, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JUAN MORA-LOPEZ, that the status conference hearing date of January 24, 2012 be vacated, and the matter be set for status conference on February 28, 2012 at 9:15 a.m.

The reason for this continuance is to allow the defense time to explore the likelihood that the defendant may in fact be a United States citizen, either derivatively through his father, or acquired through his mother, or both. The defense needs time to gather documents such as birth certificates, tax records, school records, travel records, hospital records, photographs and declarations, and to locate

and interview witnesses. The defense may request another continuance for this purpose, as establishing derivative or acquired citizenship typically can take up to 10 months, and sometimes more.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 28, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 23, 2012.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Juan Mora-Lopez

DATED: January 23, 2012.  BENJAMIN WAGNER
United States Attorney


/s/ Caro Marks for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 24, 2012, status conference hearing be continued to February 28, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this

case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 28, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT