1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN MORA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-11-463-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JUAN MORA-LOPEZ, | ) | |
| | ) | Date: March 27, 2012 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JUAN MORA-LOPEZ, that the status conference hearing date of February 28, 2012 be vacated, and the matter be set for status conference on March 27, 2012 at 9:15 a.m.

   The reason for this continuance is to allow the defense additional time to research and investigate the strong likelihood that the defendant may in fact be a United States citizen, either derivatively through his father, or acquired through his mother, or both. The defense has retained an immigration attorney and collected records, and is in the process of interviewing witnesses.  The defense

immigration attorney specialist has not yet finished her research into the defendant's family background, a critical issue in derivative citizenship cases. The defense may request another continuance for this purpose, as establishing derivative or acquired citizenship typically can take up to 10 months, and sometimes more.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 27, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 24, 2012.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Juan Mora-Lopez

DATED: February 24, 2012.  BENJAMIN WAGNER
United States Attorney

/s/ Caro Marks for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 28, 2012, status conference hearing be continued to March 27, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court

2

1 | hereby finds that the failure to grant a continuance in this case would
2 | deny defense counsel reasonable time necessary for effective
3 | preparation, taking into account the exercise of due diligence.  The
4 | Court finds that the ends of justice to be served by granting a
5 | continuance outweigh the best interests of the public and the defendant
6 | in a speedy trial.  It is ordered that time up to and including the
7 | March 27, 2012 status conference shall be excluded from computation of
8 | time within which the trial of this matter must be commenced under the
9 | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
10 | Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 24, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT