1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUAN MORA-LOPEZ

7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,     ) No. CR. S-11-463 LKK
                                 )
13                Plaintiff,     )
                                 ) ORDER AFTER HEARING
14      v.                       )
                                 )
15 JUAN MORA-LOPEZ,              )
                                 )
16                Defendant.     )
                                 )
17 _____ )

18
19      This matter came on calendar for a status conference hearing on
20 March 27, 2012, in the courtroom of the Honorable Lawrence K. Karlton,
21 Senior Judge. Assistant United States Attorney Michele Beckwith
22 appeared on behalf of the United States of America. Assistant Federal
23 Defender Caro Marks appeared on behalf of Defendant Juan Mora-Lopez,
24 who was present before the court.
25      Defense counsel explained that the defendant has a legitimate
26 claim to derivative citizenship. Defense counsel has retained a private
27 attorney "immigration expert" to assist in this determination. Such
28 claims typically take months to resolve, and involve detailed, fact-

specific investigation and research. Defense counsel therefore requested that this matter be set for a further status conference on May 1, 2012, at 9:15 am.

The parties agreed on the need for additional time to allow time for the defense to pursue the defendant's claim.

**IT IS HEREBY ORDERED** that this matter be set for further status conference on May 1, 2012 at 9:15 am..

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from March 27, 2012, up to and including May 1, 2012, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation.

**THE COURT SPECIFICALLY FINDS** that the ends of justice served by granting a continuance outweigh the interests of the public and the defendants in a speedy trial.

Dated: April 5, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT