1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN MORA-LOPEZ

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) NO. CR. S-11-463-LKK
                                    )
   Plaintiff,                       )
12                                  )        **STIPULATION AND ORDER**
       v.                           )   **CONTINUING STATUS CONFERENCE**
13                                  )        **AND EXCLUDING TIME**
   JUAN MORA-LOPEZ,                 )
14                                  ) Date:  July 17, 2012
   Defendant.                       ) Time:  9:15 a.m.
15 _____  ) Judge: Hon. Lawrence K. Karlton

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHELE BECKWITH, Assistant United States

19 Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JUAN

20 MORA-LOPEZ, that the status conference hearing date of May 30, 2012 be

21 vacated, and the matter be set for status conference on July 17, 2012

22 at 9:15 a.m.

23     The reason for this continuance is to allow the defense

24 additional time to complete sworn Declarations from witnesses with

25 personal knowledge, which support the defendant's claim of United

26 States citizenship derivatively, through his father.

27     The defendant's prior Stipulations explained in detail the gist of

28 the defendant's claim to derivative citizenship, and the means by which

1  the defense must prove these claims. Thus far, every single witness

2  with personal knowledge supporting the defendant's citizenship claim

3  speaks only Spanish and/or resides in Mexico or Puerto Rico, making the

4  process of locating and interviewing these witnesses more difficult

5  than if they were in California. The existence of key Spanish-speaking

6  witnesses in Mexico and Puerto Rico requires advance scheduling of

7  telephone calls with the Federal Defender's Staff Interpreter. Once the

8  defense ascertains that a witness possesses sufficient personal

9  knowledge to support a sworn statement, the defense must then schedule

10  the telephone interview with both its Staff Interpreter and the

11  witness, with international (and some domestic) time changes making

12  this task even more challenging.

13        Also, the defendant was suddenly moved by the U.S. Marshal Service

14  from Sacramento County Jail to the county jail in Oroville. That will

15  further delay completion of the defense task, as it is now much more

16  difficult to consult with the defendant than it was before he was

17  moved.

18        The defense immigration attorney specialist is still working with

19  the defense team. She has completed almost all her research, and is

20  assisting the defense in drafting the necessary sworn statements. As

21  the defense observed in a prior Stipulation, establishing derivative

22  citizenship is a lengthy, arduous process. It can take longer than one

23  year to amass the required evidence, which must then be reviewed by the

24  United States before presentation to Immigration authorities.

25        Based upon the foregoing, the parties agree that the time under

26  the Speedy Trial Act should be excluded from the date of signing of

27  this order through and including July 17, 2012 pursuant to 18 U.S.C.

28  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2

T4 based upon continuity of counsel and defense preparation.

DATED:  May 24, 2012.                          Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


                                               /s/ Caro Marks
                                               CARO MARKS
                                               Designated Counsel for Service
                                               Attorney for Juan Mora-Lopez


DATED:  May 24, 2012.                          BENJAMIN WAGNER
                                               United States Attorney


                                               /s/ Caro Marks for
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff




                                  ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the May 30, 2012,  status conference hearing be continued
to July 17, 2012, at 9:15 a.m.  Based on the representation of defense
counsel and good cause appearing there from, the Court hereby finds
that the failure to grant a continuance in this case would deny defense
counsel reasonable time necessary for effective preparation, taking
into account the exercise of due diligence.  The Court finds that the
ends of justice to be served by granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.  It
is ordered that time up to and including the July 17, 2012 status
conference shall be excluded from computation of time within which the
trial of this matter must be commenced under the Speedy Trial Act

1  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,

2  to allow defense counsel reasonable time to prepare.

3  Dated: May 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT