```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
```

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00463-LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| JUAN CARLOS MORA-LOPEZ, aka Juan Carlos Mora | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 17, 2012.

2. By this stipulation, defendant now moves to continue the status conference until August 28, 2012, and to exclude time between July 17, 2012 and August 28, 2012, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1     a.    The government has represented that the discovery
2            associated with this case includes approximately 65
3            pages of documents from defendant's immigration A file.
4            All of this discovery has been produced directly to
5            counsel and/or made available for inspection and
6            copying.
7     b.    In particular, defense counsel is continuing to
8            research defendant's claim to derivative citizenship,
9            which affects defendant's defenses to the indictment
10           and requires a substantial amount of time-consuming
11           factual investigation. Specifically, the defense is
12           presently completing its under-oath declarations for
13           review and signing by those witnesses with personal
14           knowledge in support of defendant's claim to derivative
15           citizenship. Additional time is necessary to provide
16           these witnesses with declarations, in some instances to
17           translate the declarations into Spanish, and then to
18           review them with the witnessers for editing and
19           signature.
20    c.    The defendant himself was moved by the U.S. Marshal
21           Service from Sacramento County Jail to the county jail
22           in Oroville, where he remains as of this writing. His
23           geographical distance from the defense (a one and a
24           half-hour drive without traffic) delays completion of
25           his claim to citizenship, as it is now far more
26           difficult to consult with the defendant than it was

before he was moved.

4. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2012 to August 28, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

```
1  IT IS SO STIPULATED.
2  DATED:    July 12, 2012.
3
                            /s/ Christopher S. Hales
4                           CHRISTOPHER S. HALES
                            Special Assistant U.S. Attorney
5
6  DATED:    July 12, 2012.
7
                            /s/ Caro Marks
8                           CARO MARKS
                            Counsel for Defendant
```

O R D E R

IT IS SO FOUND AND ORDERED this 17th day of July 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4