DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN MORA-LOPEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S-11-463 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| JUAN MORA-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |


This matter came on calendar for a status conference hearing on August 28, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Christopher Hales appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Juan Mora-Lopez, who was present before the court.

Defense counsel explained that with the assistance of its specially retained immigration attorney, the defense continues to investigate the defendant's claim to derivative citizenship under Title 8, United States Code §1401. The defense informed the court that it

1   has completed a multitude of interviews with percipient witnesses, and

2   drafted declarations therefrom.  After these declarations are reviewed

3   by the defense expert immigration attorney, they will be sent for

4   review to the appropriate witnesses; edited if necessary, then signed

5   under oath and notarized, and then returned to the defense.

6   Thereafter, the defense will incorporate them into the citizenship

7   application, and provide them, along with the other evidence supporting

8   the defendant's claim to derivative citizenship, to the United States

9   for its review.

10      Both defense and government counsel informed the court that the

11  defendant's counsel defense counsel will be leaving the Office of the

12  Federal Defender at the end of August, 2012.  The case will be assigned

13  to a new assistant federal defender, who will need time to familiarize

14  herself with the defendant and the details of his claim.  Thereafter,

15  counsel concurred, once the application is complete and turned over to

16  the government, government counsel will need time to do the same. Both

17  counsel having agreed on the need for additional time, they therefore

18  requested that this matter be set for a further status conference on

19  October 16, 2012, at 9:15 am.

20      **IT IS HEREBY ORDERED** that this matter be set for further status

21  conference on October 16, 2012 at 9:15 am..

22      **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)

23  and (B)(iv), and Local Code T4, the period from August 28, 2012, up to

24  and including October 16, 2012, is excluded from the time computations

25  required by the Speedy Trial Act due to counsel preparation.

26      **THE COURT SPECIFICALLY FINDS** that the ends of justice served by

27  granting a continuance outweigh the interests of the public and the

28

defendants in a speedy trial.

Dated: September 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT