IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-463 LKK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION TO COMPEL FINGERPRINTS |
| v. | ) | |
| | ) | |
| JUAN CARLOS MORA-LOPEZ, | ) | |
| aka Juan Carlos Mora, | ) | |
| | ) | |
| Defendant. | ) | |

Having reviewed the government's motion to compel the taking of defendant's fingerprints for identification purposes, and good cause appearing therefrom, the motion is hereby granted.

Date: January 29, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT