```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Mr. Mora Lopez
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 11-463 LKK |
| Plaintiff, | DEFENDANT'S NOTICE OF MOTION AND MOTION TO DEPOSE DEFENSE WITNESS; PROPOSED ORDER |
| v. | |
| JUAN CARLOS MORA LOPEZ, | Date: March 12, 2013 |
| Defendant. | Time: 10:30 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

Defendant Motion to Depose Defense Witness, Juana Colón Oliveras is hereby granted. The defendant shall give notice of the date, time and place of the deposition to the government, not later than 10 days before the deposition.

Date: February 14, 2013

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```