BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
MICHELE M. BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN CARLOS MORA-LOPEZ,<br> aka Juan Carlos Mora,<br><br>    Defendant. | CASE NO. 2:11-CR-00463 LKK<br><br>ORDER DISMISSING SUPERSEDING INDICTMENT |

The government's motion to dismiss the Superseding Indictment is granted. Fed. R. Crim. P. 48(a). The Superseding Indictment filed January 17, 2013, is hereby dismissed without prejudice.

Dated: February 21, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT